IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSE FAVIO JEREZ MOLINA, | ) | |
| | ) | |
| Petitioner, | ) | 8:09CV283 |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC HOLDER, Attorney General; | ) | ORDER |
| JANET NAPOLITANO, Secretary of Homeland Security; JOHN MORTON, Assistant Secretary for U.S. Immigration and Customs Enforcement; GREG JENSEN, U.S. Immigration and Customs Enforcement; JEFF NEWTON, Director, Douglas County Corrections, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Respondents. | ) | |

Pursuant to 28 U.S.C. § 636,

IT IS ORDERED that the following matter is referred to Magistrate Judge Thomas D. Thalken:

> petitioner's petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, by a person subject to indefinite immigration detention (Filing No. 1).

DATED this 25th day of August, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court