IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSE FAVIO JEREZ MOLINA, | ) | |
| | ) | |
| Petitioner, | ) | 8:09CV283 |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC HOLDER, Attorney General; | ) | ORDER |
| JANET NAPOLITANO, Secretary of Homeland Security; JOHN MORTON, Assistant Secretary for U.S. Immigration and Customs Enforcement; GREG JENSEN, U.S. Immigration and Customs Enforcement; JEFF NEWTON, Director, Douglas County Corrections, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the Court on the findings and recommendation of the magistrate judge (Filing No. 22), recommending that petitioner's amended petition for a writ of habeas corpus (Filing No. 16) be denied and that respondents' motion to dismiss (Filing No. 20) be denied.  No objections to those findings and recommendation were made.  The Court has reviewed the amended petition, the motion to dismiss and the transcript of the hearing (Filing No. 17), and finds the recommendation of the magistrate judge should be approved and adopted.  Accordingly,

IT IS ORDERED:

1) Petitioner's amended petition for a writ of habeas corpus is denied.  This action is dismissed.

2) Respondents' motion to dismiss is denied as moot.

DATED this 26th day of January, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court